# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: EPIPHANY INVESTMENTS | § | Case No. 07-08148-BB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/07/2014 in Courtroom          , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/30/2014        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: EPIPHANY INVESTMENTS § Case No. 07-08148-BB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,422.61 |
| *and approved disbursements of* | $ 374.71 |
| *leaving a balance on hand of* [1] | $ 17,047.90 |
| **Balance on hand:** | $ 17,047.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,047.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY WALLER | 1,993.81 | 0.00 | 1,993.81 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 104.75 | 0.00 | 104.75 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,918.75 | 0.00 | 1,918.75 |
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 498.45 | 0.00 | 498.45 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,515.76 |
| Remaining balance: | $ 12,532.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,532.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,532.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 127,442.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CITIZEN WATCH COMPANY OF AMERICA IN | 6,739.97 | 0.00 | 662.79 |
| 2 | OAK FOREST PROPERTIES LLC | 35,065.91 | 0.00 | 3,448.24 |
| 3 | FREDERICK GOLDMAN INC | 2,620.45 | 0.00 | 257.68 |
| 4 | JOSEPH GRIECO | 15,000.00 | 0.00 | 1,475.04 |
| 5 | JOHN HENDERSON | 9,358.00 | 0.00 | 920.23 |
| 6 | UNITED STATES POSTAL SERVICE | 1,159.00 | 0.00 | 113.97 |
| 7 | VENETTI | 57,498.72 | 0.00 | 5,654.19 |

Total to be paid for timely general unsecured claims: $ 12,532.14
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:  $   0.00


Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                               Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-08148-BWB
Epiphany Investments                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen          Page 1 of 2          Date Rcvd: Jan 31, 2014
                              Form ID: pdf006       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2014.
```
db         +Epiphany Investments,   8284 Brookhaven Drive,    Lower Level,    Frankfort, IL 60423-8582
11385365    Alliance One,   POB 2449,    Gig Harbor, WA 98335-4449
11356868   +Anita McLaughlin,   342 Diane Lane,    Chicago Heights, IL 60411-1099
11385366    Anita Mclaughlin,   341 Diane Lane,    Chicago Heights, IL 60411
11356869   +Antonio E. Christmon,    7448 S. Evans,    Chicago, IL 60619-1916
11356870   +Christie Johnson,   10520 Belmar Avenue,    PO Box 61,    Maribel, WI 54227-0061
11356871   +Citizen Watch Company of America Inc,    1000 West 190th Street,    Torrance, CA 90502-1040
11356872   +Dana Avola,   8588 Tullamore,    Tinley Park, IL 60487-4771
13071666   +Deborah K. Ebner, Trustee for Estate of Maria Psik,    11 East Adams, Suite 800,
             Chicago, IL 60603-6324
11464912   +Frederick Goldman Inc,    154 West 14th Street 3rd Floor,    New york, NY 10011-7307
11356873   +Fredrick Goldman Inc.,    154 West 14th Street,    New York, NY 10011-7307
11385379    Hinckley Springs,   POB 660579,    Dallas, TX 75266-0579
11385380   +Jody Long,   2551 West 81st Place,    Chicago, IL 60652-2830
11356874   +John Henderson,   3948 Flossmoor Road,    Flossmoor, IL 60422-1039
11356875   +Joseph Grieco,   8231 Arrowhead Lane,    Orland Park, IL 60462-1748
11356876   +Manuela Borgia,   9240 Birch Avenue,    Mokena, IL 60448-8322
11385382    National Pen,   POB 55000,    Detroit, MI 48255-2745
11356877   +New York Jewelers,   11 North Wabash,    Chicago, IL 60602-4717
11385384   +Oak Forest Properties LLC,    4003 Plainfield/Naperville Road,    Suite 201,
             Naperville, IL 60564-4150
11356878   +Red River Services LLC,    4003 Plainfield/Naperville,    Suite 201,   Naperville, IL 60564-4150
11385386   +Telecheck Services Inc,    POB 60028,   City of Industry, CA 91716-0028
11356879   +United Eagles Enterprises,    48 West 48th Street,    New York, NY 10036-1703
11385388    United States Postal Service,    Eagan Act Recon Branch,    2825 Lone Oak Parkway,
             Eagan, MN 55121-9672
11356880   +Venetti,   606 S. Hill Street,    Suite 903,   Los Angeles, CA 90014-1763
11356881   +Wedding Brands Co.,    5 South Wabash Avenue,    Suite 1106,   Chicago, IL 60603-3139
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11385383   +E-mail/Text: bankrup@aglresources.com Feb 01 2014 00:57:00      (NICOR) Northern Illinois Gas,
             Attention Bankruptcy & Collections,    PO Box 549,   Aurora IL 60507-0549
11385377   +E-mail/Text: legalcollections@comed.com Feb 01 2014 00:58:41      ComEd Company,
             Attn Revenue Management Dept,    2100 Swift Drive,   Oak Brook IL 60523-1559
                                                                                              TOTAL: 2
```

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
```
              Bradley J Waller    on behalf of Plaintiff Bradley J Waller bjwtrustee@ksbwl.com,
               bwaller@ecf.epiqsystems.com
              Bruce B Jackson    on behalf of Creditor Jody  Long jalbee@madonia.com;kmontmorency@madonia.com
              Bruce B Jackson    on behalf of Defendant Jody  Long jalbee@madonia.com;kmontmorency@madonia.com
              Bruce B Jackson    on behalf of Defendant Brenda  Bowdry
               jalbee@madonia.com;kmontmorency@madonia.com
              Bruce B Jackson    on behalf of Creditor Brenda  Bowdry jalbee@madonia.com;kmontmorency@madonia.com
              Ean L Kryska    on behalf of Plaintiff Bradley J Waller ean.kryska@abm.com
              Karen  Walin    on behalf of Debtor  Epiphany Investments kwalin@chicagolegalllc.com,
               kgonzalez@gtprocessing.com;clifford7285@att.net;dshunnenson@chicagolegalllc.com
              Lesley A Hoenig    on behalf of Creditor   Oak Forest Properties, LLC lesley.hoenig@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com, IL19@ecfcbis.com
```

```
District/off: 0752-1           User: rgreen                Page 2 of 2                   Date Rcvd: Jan 31, 2014
                               Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas B Sullivan    on behalf of Accountant Lee  Schwendener tsullivan@wfactorlaw.com, IL19@ecfcbis.com

                                                      TOTAL: 11