IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Epiphany Investments | ) | Bankruptcy No. 07B 08148 |
| | ) | Chapter 7 |
| Debtors | ) | Judge Bruce W. Black |
| | ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 USC 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, the Trustee, Thomas B. Sullivan, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1) On 5/4/07, this Court entered an Order for Relief under Chapter 7 against the Debtor.  Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2) On 3/14/14, Trustee sent distribution checks via U.S. Mail to those creditors listed below.

3) The distribution checks for these creditors have been returned to Trustee marked "Return to Sender, No Forwarding Address."  All reasonable attempts have been expended to locate these creditors with no success.

4) By reason of the foregoing, Trustee has stopped payment on the distribution checks and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to 347 of the Bankruptcy Code.

| NAME OF CREDITOR | DISTRIBUTION AMOUNT |
|---|---|
| A)  Oak Forest Properties, LLC | $3,444.31 |

Total amount of funds deposited with Clerk $3,444.31.

/s/Thomas B. Sullivan
Thomas B. Sullivan, Trustee
Estate of Epiphany Investments

Thomas B. Sullivan
Law Ofc of William J. Factor
105 W Madison, Suite 1500
Chicago, IL 60602
(312)878-4802

{00018203}