**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: EPIPHANY INVESTMENTS                         § Case No. 07-08148-BB
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,000.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,517.86    Claims Discharged
                                               Without Payment: $114,924.19

Total Expenses of Administration: $4,904.75

---

    3) Total gross receipts of $ 17,422.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,422.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,397.01 | 4,904.75 | 4,904.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 127,442.05 | 127,442.05 | 12,517.86 |
| **TOTAL DISBURSEMENTS** | $0.00 | $134,839.06 | $132,346.80 | $17,422.61 |

4) This case was originally filed under Chapter 7 on May 04, 2007. The case was pending for 91 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/24/2014          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| NUMEROUS PREFERENTIAL TRANSFERS | 1241-000 | 17,411.13 |
| Interest Income | 1270-000 | 11.48 |
| **TOTAL GROSS RECEIPTS** | | **$17,422.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 104.75 | 104.75 | 104.75 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,492.26 | 498.45 | 498.45 |
| LEE G. SCHWENDNER, CPA | 3410-000 | N/A | 1,918.75 | 1,918.75 | 1,918.75 |
| BRADLEY WALLER | 2100-000 | N/A | 2,492.26 | 1,993.81 | 1,993.81 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Chase Bank | 2810-000 | N/A | 0.01 | 0.01 | 0.01 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -0.01 | -0.01 | -0.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.41 | 33.41 | 33.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.31 | 39.31 | 39.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.65 | 35.65 | 35.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.39 | 34.39 | 34.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.87 | 37.87 | 37.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.42 | 35.42 | 35.42 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 23.08 | 23.08 | 23.08 |
| Rabobank, N.A. | 2600-000 | N/A | 23.87 | 23.87 | 23.87 |
| Rabobank, N.A. | 2600-000 | N/A | 26.31 | 26.31 | 26.31 |
| Rabobank, N.A. | 2600-000 | N/A | 25.44 | 25.44 | 25.44 |
| Rabobank, N.A. | 2600-000 | N/A | 22.95 | 22.95 | 22.95 |
| Rabobank, N.A. | 2600-000 | N/A | 27.01 | 27.01 | 27.01 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 14.28 | 14.28 | 14.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,397.01 | $4,904.75 | $4,904.75 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITIZEN WATCH COMPANY OF AMERICA IN | 7100-000 | N/A | 6,739.97 | 6,739.97 | 662.03 |
| 2 | Clerk Of The U.S. Bankruptcy Court - OAK FOREST | 7100-001 | N/A | 35,065.91 | 35,065.91 | 3,444.31 |
| 3 | FREDERICK GOLDMAN INC | 7100-000 | N/A | 2,620.45 | 2,620.45 | 257.39 |
| 4 | JOSEPH GRIECO | 7100-000 | N/A | 15,000.00 | 15,000.00 | 1,473.36 |
| 5 | JOHN HENDERSON | 7100-000 | N/A | 9,358.00 | 9,358.00 | 919.18 |
| 6 | UNITED STATES POSTAL SERVICE | 7100-000 | N/A | 1,159.00 | 1,159.00 | 113.84 |
| 7 | VENETTI | 7100-000 | N/A | 57,498.72 | 57,498.72 | 5,647.75 |
| 8 | DEBORAH K. EBNER, TRUSTEE FOR ESTAT | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $127,442.05 | $127,442.05 | $12,517.86 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-08148-BB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** EPIPHANY INVESTMENTS  **Filed (f) or Converted (c):** 05/04/07 (f)
 **§341(a) Meeting Date:** 06/07/07
**Period Ending:** 11/24/14  **Claims Bar Date:** 05/13/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  OAK FOREST PROPERTIES, LLC | 6,000.00 | Unknown | | 0.00 | FA |
| 2  NUMEROUS PREFERENTIAL TRANSFERS (u) | 0.00 | Unknown | | 17,411.13 | FA |
| 3  Post-Petition Interest Deposits (u) | Unknown | N/A | | 11.48 | FA |
| 3  **Assets Totals** (Excluding unknown values) | **$6,000.00** | **$0.00** | | **$17,422.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT SUBMITTED TO US TRUSTEE'S OFFICE ON DECEMBER 6, 2013; AWAITING APPROVAL TO FILE SAME AND SET FINAL HEARING DATE

**Initial Projected Date Of Final Report (TFR):** December 31, 2008   **Current Projected Date Of Final Report (TFR):** January 30, 2014 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-65 - Money Market Account  

**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/09 | {2} | Dana L. Avola | Payment 1 of 8 - Preference Payments | 1241-000 | 650.00 | | 650.00 |
| 01/15/09 | {2} | Dana L. Avola | Payment 2 of 8 - Preference Payments | 1241-000 | 650.00 | | 1,300.00 |
| 01/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 1,300.01 |
| 02/27/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,300.05 |
| 02/27/09 | | Chase Bank | Federal withholding | 2810-000 | | 0.01 | 1,300.04 |
| 03/05/09 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -0.01 | 1,300.05 |
| 03/09/09 | {2} | Dana L. Avola | Payment 3 of 8 - Preference Payments DEPOSIT CHECK #301001358 | 1241-000 | 1,250.00 | | 2,550.05 |
| 03/13/09 | {2} | Dana Avola | Payment 4 of 8 DEPOSIT CHECK #301001440 | 1241-000 | 1,300.00 | | 3,850.05 |
| 03/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,850.16 |
| 04/30/09 | {2} | Dana Avola | Payment 5 of 8 - Preference payment DEPOSIT CHECK #301001502 | 1241-000 | 1,350.00 | | 5,200.16 |
| 04/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 5,200.31 |
| 05/29/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,200.50 |
| 06/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,200.72 |
| 07/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,200.93 |
| 08/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,201.14 |
| 09/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,201.35 |
| 10/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,201.56 |
| 11/30/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,201.77 |
| 12/17/09 | {2} | JPMorgan Chase Bank, NA | per court order of October 30, 2009 DEPOSIT CHECK #5003673518 | 1241-000 | 7,211.13 | | 12,412.90 |
| 12/18/09 | {2} | Ellen F, or Jody R. Long | per court order of 12/11/2009 DEPOSIT CHECK #5819 | 1241-000 | 1,800.00 | | 14,212.90 |
| 12/31/09 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 14,213.28 |
| 01/29/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,213.84 |
| 02/10/10 | {2} | Ellen F or Jody R. Long | per court order of 12/11/2009 DEPOSIT CHECK #5826 | 1241-000 | 3,200.00 | | 17,413.84 |
| 02/26/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 17,414.44 |
| 03/31/10 | {3} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 17,415.22 |
| 04/06/10 | {3} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.11 | | 17,415.33 |
| 04/06/10 | | Wire out to BNYM account 0001949164 | Wire out to BNYM account 000194916465 | 9999-000 | | 17,415.33 | 0.00 |

Subtotals : $17,415.33   $17,415.33

{} Asset reference(s)

Printed: 11/24/2014 10:14 AM   V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  
**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 17,415.33 | 17,415.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,415.33 | 17,415.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,415.33** | **$17,415.33** | |

{} Asset reference(s)   Printed: 11/24/2014 10:14 AM   V.13.15

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  

**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N | Wire in from JPMorgan Chase Bank, N.A. account 312194916465 | 9999-000 | 17,415.33 | | 17,415.33 |
| 04/30/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 17,416.16 |
| 05/28/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 17,417.20 |
| 06/30/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.00 | | 17,418.20 |
| 07/30/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.03 | | 17,419.23 |
| 08/31/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 17,420.27 |
| 09/30/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,420.41 |
| 10/29/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,420.55 |
| 11/30/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,420.69 |
| 12/31/10 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,420.83 |
| 01/31/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,420.97 |
| 02/28/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,421.10 |
| 03/31/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,421.24 |
| 04/29/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,421.38 |
| 05/31/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,421.52 |
| 06/30/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,421.66 |
| 07/29/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,421.80 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.41 | 17,388.39 |
| 08/31/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,388.53 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.50 | 17,348.03 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.19 | 17,349.22 |
| 09/30/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,349.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.65 | 17,313.71 |
| 10/31/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,313.85 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.39 | 17,279.46 |
| 11/30/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,279.60 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.87 | 17,241.73 |
| 12/30/11 | {3} | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,241.87 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.42 | 17,206.45 |
| 01/26/12 | {3} | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 17,206.56 |
| 01/26/12 | | Transfer to Acct #9010012988 | Bank Funds Transfer | 9999-000 | | 17,206.56 | 0.00 |

Subtotals: $17,422.61     $17,422.61

{} Asset reference(s)                                    Printed: 11/24/2014 10:14 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  
**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | **ACCOUNT TOTALS** |  | 17,422.61 | 17,422.61 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 17,206.56 |  |
|  |  |  | **Subtotal** |  | 17,422.61 | 216.05 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$17,422.61** | **$216.05** |  |

{} Asset reference(s)

Printed: 11/24/2014 10:14 AM    V.13.15

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  

**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Capital One  
**Account:** ********88 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/12 | | Transfer from Acct #000194916465 | Bank Funds Transfer | 9999-000 | 17,206.56 | | 17,206.56 |
| 01/10/13 | 1001 | THOMAS B. SULLIVAN, BANKRUPTCY TRUS | Trustee reassignment transfer | 9999-000 | | 17,206.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,206.56 | 17,206.56 | $0.00 |
| | | | Less: Bank Transfers | | 17,206.56 | 17,206.56 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s) 

Printed: 11/24/2014 10:14 AM  V.13.15

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  

**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | BRADLEY J WALLER | TRANSFER OF FUNDS FROM PRIOR TRUSTEE | 9999-000 | 17,206.56 | | 17,206.56 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,196.56 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.08 | 17,173.48 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.87 | 17,149.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.31 | 17,123.30 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.44 | 17,097.86 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.95 | 17,074.91 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.01 | 17,047.90 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #07-08148, BOND#016026455 | 2300-000 | | 14.28 | 17,033.62 |
| 03/14/14 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $104.75, Trustee Expenses; Reference: | 2200-000 | | 104.75 | 16,928.87 |
| 03/14/14 | 103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $498.45, Trustee Compensation; Reference: | 2100-000 | | 498.45 | 16,430.42 |
| 03/14/14 | 104 | LEE G. SCHWENDNER, CPA | Dividend paid 100.00% on $1,918.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,918.75 | 14,511.67 |
| 03/14/14 | 105 | BRADLEY WALLER | Dividend paid 100.00% on $1,993.81, Trustee Compensation; Reference: | 2100-000 | | 1,993.81 | 12,517.86 |
| 03/14/14 | 106 | CITIZEN WATCH COMPANY OF AMERICA IN | Dividend paid 9.82% on $6,739.97; Claim# 1; Filed: $6,739.97; Reference: | 7100-000 | | 662.03 | 11,855.83 |
| 03/14/14 | 107 | OAK FOREST PROPERTIES LLC | Dividend paid 9.82% on $35,065.91; Claim# 2; Filed: $35,065.91; Reference: Voided on 03/26/14 | 7100-000 | | 3,444.31 | 8,411.52 |
| 03/14/14 | 108 | FREDERICK GOLDMAN INC | Dividend paid 9.82% on $2,620.45; Claim# 3; Filed: $2,620.45; Reference: | 7100-000 | | 257.39 | 8,154.13 |
| 03/14/14 | 109 | JOSEPH GRIECO | Dividend paid 9.82% on $15,000.00; Claim# 4; Filed: $15,000.00; Reference: | 7100-000 | | 1,473.36 | 6,680.77 |
| 03/14/14 | 110 | JOHN HENDERSON | Dividend paid 9.82% on $9,358.00; Claim# 5; Filed: $9,358.00; Reference: | 7100-000 | | 919.18 | 5,761.59 |
| 03/14/14 | 111 | UNITED STATES POSTAL SERVICE | Dividend paid 9.82% on $1,159.00; Claim# 6; Filed: $1,159.00; Reference: | 7100-000 | | 113.84 | 5,647.75 |
| 03/14/14 | 112 | VENETTI | Dividend paid 9.82% on $57,498.72; Claim# 7; Filed: $57,498.72; Reference: | 7100-000 | | 5,647.75 | 0.00 |
| 03/26/14 | 107 | OAK FOREST PROPERTIES LLC | Dividend paid 9.82% on $35,065.91; Claim# 2; Filed: $35,065.91; Reference: | 7100-000 | | -3,444.31 | 3,444.31 |

Subtotals : $17,206.56   $13,762.25

{} Asset reference(s)  
Printed: 11/24/2014 10:14 AM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 07-08148-BB  
**Case Name:** EPIPHANY INVESTMENTS  

**Taxpayer ID #:** **-***9660  
**Period Ending:** 11/24/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 03/14/14 | | | | |
| 09/25/14 | 113 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | 7100-001 | | 3,444.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,206.56 | 17,206.56 | $0.00 |
| | | | Less: Bank Transfers | | 17,206.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,206.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $17,206.56 | |

Net Receipts : 34,837.94  
Net Estate : $34,837.94

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****64-65 | 17,415.33 | 17,415.33 | 0.00 |
| MMA # ****-******64-65 | 17,422.61 | 216.05 | 0.00 |
| Checking # ********88 | 0.00 | 0.00 | 0.00 |
| Checking # ******0966 | 0.00 | 17,206.56 | 0.00 |
| | $34,837.94 | $34,837.94 | $0.00 |

{} Asset reference(s)