UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Epiphany Investments<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   07-08148<br><br>Chapter: 7<br>Honorable Bruce W. Black |

### ORDER TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $3,444.31 to Oak Forest Properties, LLC, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 1735
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Oak Forest Properties, LLC, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  June 24, 2015

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1717
Chicago, IL 60602
312-977-1600