UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-08148 |
| EPIPHANY INVESTMENTS INC. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR AUTHORITY TO ISSUE RULE 2004 SUBPOENAS AND TO CONDUCT EXAMINATIONS IN ACCORDANCE WITH FED. R. BANKR. P. 2004(c)**

This matter comes before the Court on the Motion of Oak Forest Properties, LLC ("Oak Forest") for Authority to Issue Rule 2004 Subpoenas and to Conduct Examinations in Accordance with Fed.R.Bankr.P. 2004(c) (the "Motion"); due and proper notice having been given; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Oak Forest is authorized to conduct serve Rule 2004 subpoenas upon (i) Muneeza Rahman; (ii) David Herzog; (iii) Bryan Estes; and (iv) Dilks & Knopik, LLC (collectively, the "Discovery Parties");

2. Oak Forest is authorized to serve written interrogatories upon Dilks & Knopik, LLC; and

3. Oak Forest, in accordance with Fed.R.Bank.P. 2004, is authorized to request the Discovery Parties to produce such documents as is necessary to conduct the examinations.

Enter:

*/s/ Bruce W. Black*

United States Bankruptcy Judge

Dated: 1/4/17

**Prepared by:**
Mark E. Leipold (I.D. No. 6194124)
Vanessa R. Tiradentes (I.D. No. 6308183)
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601
312.236.3003
312.236.3241 (facsimile)
mleipold@gouldratner.com
vtiradentes@gouldratner.com

Rev: 20151029_bko